TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00486-CR

Thomas Raymond Rogers, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT

NO. 6439, HONORABLE JOE CARROLL, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for driving while intoxicated. 
Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Justices Powers, Aboussie and Jones

Appeal Dismissed on Appellant's Motion

Filed: September 18, 1996

Do Not Publish